Sent June 18, 2019

Exhibit F

CAUSE NO. 2016-CI-12518

| | | |
|---|---|---|
| RICHARD LARES, Plaintiff | § | IN THE CIVIL COURT OF |
| V | § | 225th DISTRICT COURT |
| KARINA GUEVARA, Defendant | § | BEXAR COUNTY, TEXAS |

## PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Richard Lares, Plaintiff, TDCJ-ID #1592255, in Style and Numbered Cause and files this Petition for ORDER to have the Bexar County Clerk of the Court to provide the Plaintiff with the exact Costs and Fees to have the Defendant Served Properly by Certified Letter or by Peace Officer of the Court.

## JURISDICTION

Under Sec. 21.001 - INHERENT POWER AND DUTY OF COURTS: (a) A Court has all powers necessary for the exercise of its jurisdiction and the enforcement of its lawful orders, including authority to issue the writs and orders necessary or proper in aid of its jurisdiction.

## STATEMENT IN SUPPORT

Plaintiff received NOTICE on June 14, 2019 FRIDAY informing Plaintiff about the DISMISSAL Hearing to be Held on July 9th, 2019 at 8:30 AM. The SET Hearing Date Notice was signed on 5/29/2019 on a White Card. Therefore, the Plaintiff Would like to CURE the Issue of NonService Process Fees by by Petitioning the Honorable Judge for an ORDER to have the Bexar County Court Clerk send Plaintiff the Exact Amount(s) of the Costs and Fees to have the DEFENDANT in this Case Served.

Plaintiff has made nuerous attempts to get these Prices by sending Letters to the Bexar County Clerk, Ms. Donna Kay McKinney, and by asking the Staff Attorney's Office for Assistance in this matter, but no Price/Fee was ever quoted to the Plaintiff, who is incarcerated and currently in Administrative Segregat-

Exhibit F

Page 1

ion Housing in High Security and has been in Administrative Segration since March 6, 2019. This letter is not an attempt to delay Judicial Proceedings nor is it meant to cause any additional increase of costs in this matter. Plaintiff now sees that their is a new Clerk of the Court, Mary Angie Garcia and respectfully requests by Petition that this Honorable Judge GRANT an ORDER to have the New Clerk of the Court to furnish these Amounts in the Interest of Justice and for Good Cause because the Issues Claimed by the Plaintiff are Misappropriation of Property in a Fiduciary Relationship of a U.S. Army Special Forces Disabled Combat Veteran's Benefits.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing above has been sent to the Bexar County Court Clerk on June 18, 2019 by Inmate Drop Box to be Sent out by U.S. Mail to Bexar County District Clerk 101 W. Nueva, Ste. 217, San Antonio, Texas 78205; Further, Plaintiff Requests that a copy of this letter Stamped Filed to be sent to him due to his Indigent Status and inability to pay for copies, Plaintiff's Phone Number at Law Library is 409.722.5255 and can be reached at this number for all future Court Hearings at the Stiles Unit in Jefferson County, Texas.

Respectfully submitted,

Richard Lares, #1592255
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705
Indigent - Pro Se

Petition